**Order entered April 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00112-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### JOEL F.  FITZGERALD, SR., PH. D., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08184**

## ORDER

Before the Court is appellee's March 31, 2020 motion for an extension of time to file his brief on the merits.  We **GRANT** the motion and extend the time to **April 13, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE